UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANTAE WRIGHT, o/b/o A.B.W.,

      Plaintiff,

v.                                         Case No. 12-13564
                                          Honorable Julian Abele Cook, Jr.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## ORDER

This case involves a complaint by the Plaintiff, Shantae Wright (on behalf of her minor son, A.B.W.), who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge David R. Grand for evaluation. In a report on June 17, 2013, the Magistrate Judge recommended that this Court (1) grant the Commissioner's motion for summary judgment, and (2) deny Wright's motion for summary judgment. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

      IT IS SO ORDERED.

Date: July 26, 2013                              s/Julian Abele Cook, Jr.
                                                                                                     JULIAN ABELE COOK, JR.
                                                                                                     U.S. District Judge

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 26, 2013

                                                                                                               s/ Kay Doaks
                                                                                                               Case Manager